BART M. DAVIS, IDAHO STATE BAR NO. 2696
UNITED STATES ATTORNEY
JOHN C. SHIRTS, IDAHO STATE BAR NO. 9295
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
801 E. SHERMAN #192
POCATELLO, IDAHO 83201
TELEPHONE: (208) 478-4166
FACSIMILE: (208) 478-4175

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN WELHAN,<br><br>    Defendant. | Case No. 19-cr-218-E-DCN<br><br>**MOTION TO DISMISS WITH PREJUDICE** |

The United States of America, by and through Bart M. Davis, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, moves the Court for its order dismissing the Indictment with prejudice for the reason that the defendant is deceased. The government therefore requests that the Court dismiss this case with prejudice.

MOTION TO DISMISS WITH PREJUDICE - 1

Respectfully submitted this 13th day of January, 2020.

        BART M. DAVIS
        UNITED STATES ATTORNEY
        By:

        */s/ John C. Shirts*
        JOHN C. SHIRTS
        Assistant United States Attorney

I HEREBY CERTIFY that on January 13, 2020, the foregoing **MOTION TO DISMISS WITH PREJUDICE** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s) by:

| David Parmenter<br>parlaw@gmail.com | ☐ United States Mail, postage prepaid<br>☐ fax<br>☒ ECF filing<br>☐ email |
|---|---|

        */s/ Janet Widdison*
        Janet Widdison
        Legal Assistant